No. 461.  CATAHOULA BANK *v.* KIRBY.  November 12, 1940.  Petition for writ of certiorari to the Circuit Court

of Appeals for the Fifth Circuit denied. *Mr. Wood H. Thompson* for petitioner. *Mr. Frank J. Looney* for respondent.